UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN MONTGOMERY, an individual d/b/a BCM SYSTEMS CORPORATION a/k/a BCM SYSTEMS,<br><br>    Defendant. | Case No. 09 CV 2248 MMA (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 30] |

On June 11, 2010, Plaintiff Microsoft Corporation and Defendant Brian Montgomery, an individual doing business as BCM Systems Corporation, also known as BCM Systems ("Defendant"), submitted a Joint Motion pursuant to Federal Rule of Civil Procedure 41(a), requesting the Court dismiss the above-captioned action, with prejudice. [Doc. No. 30.] The Joint Motion further requested each party bear its own attorneys' fees and costs. Having considered the parties' Joint Motion, and good cause appearing therefore, the Court hereby **GRANTS** the Joint Motion. Accordingly,

///

1   **IT IS HEREBY ORDERED** that Defendant is dismissed from the above-captioned
2   action with prejudice, and each party shall bear its own attorneys' fees and costs.  This Court shall
3   retain jurisdiction to enforce the Permanent Injunction and the Settlement Agreement between the
4   parties.  The Clerk of Court is hereby instructed to terminate this case.
5   **IT IS SO ORDERED.**

7   Dated: June 11, 2010

_____
HON. MICHAEL M. ANELLO
United States District Judge